This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**BRENDA K. WINNER,**

Petitioner-Appellee,

v.                                                    **NO. 30,192**

**JON K. MEIKLE,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**John F. Davis, District Judge**

Kacey Denoi
Albuquerque, NM

for Appellee

Michael L. Danoff & Associates, P.C.
Michael L. Danoff
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**FRY, Chief Judge.**

Respondent appeals from the district court order modifying child support. This Court issued a calendar notice proposing to dismiss for lack of a final order on April

6, 2010. Petitioner filed a memorandum in support of this Court's proposed summary disposition. Respondent has not filed a memorandum in opposition, and the time for doing so has passed. We therefore dismiss Respondent's appeal for the reasons set forth in this Court's notice of proposed disposition.

**IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**MICHAEL E. VIGIL, Judge**

2